UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMAR WATTS                                                                                           PETITIONER

V.                                                               CIVIL ACTION NO. 3:08CV578 DPJ-JCS

LAWRENCE KELLY                                                                              RESPONDENT

JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED** this the 10th day of August, 2009.

                                                            s/ *Daniel P. Jordan III*
                                                            UNITED STATES DISTRICT JUDGE